UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                               ) CASE NO. CR13-137-MJP
    Plaintiff, )
                                               )
    v. )
                                               ) DETENTION ORDER
TYREE NATION, )
                                             )
    Defendant. )
_____)

<u>Offense charged</u>: Felon in Possession of Firearms 18 U.S.C. §922(g)(1) & 924(e), Possesion of an Unregistred Firearm 26 U.S.C. §5841, 5861(d), 5845(a)(1) & 5871.

<u>Date of Detention Hearing</u>: May 31, 2013.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a convicted felon who is currently charged with unlawful possession of firearms. A review of his criminal record shows at least two previous convictions for unlawful firearm possession.

2. Defendant has a history of numerous failures to appear at court hearings. On at least two occasions, bench warrants were issued, including most recently on April 13, 2012.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

01  DATED this 31st day of May, 2013.

                                          s/ Dean Brett
03                                        United States Magistrate Judge

DETENTION ORDER
PAGE -3